1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:07-cr-00476-MCE
                                 )
12                  Plaintiff,   )
                                 ) STIPULATION AND ORDER RESETTING
13             v.                ) STATUS CONFERENCE AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14 TU KIM,                       )
                                 ) DATE: January 31, 2008
15                  Defendant.   ) TIME: 9:00 a.m.
   _____) CTRM: Honorable Morrison C. England

16

17      The United States of America, through counsel of record,

18 Assistant United States Attorney Robin R. Taylor, and defendant Tu

19 Kim, through his counsel of record, Alex Park Esq., hereby submit

20 this stipulation and proposed order resetting the status conference

21 scheduled for January 31, 2008 to April 3, 2008 at 9:00 a.m.

22      Counsel further request that time be excluded from January 31,

23 2008, to April 3, 2008, from computation of time within which the

24 trial of this case must be commenced, pursuant 18 U.S.C. §

25 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time

26 to prepare).  Mr. Park represented that he needed time review

27 discovery, other evidence, and to confer with his client.

28 ///

                              1

1  Additionally, a Korean interpreter is required for the appearance

2  and it does not appear that one is available on January 31, 2008,

3  absent one flying to the district.  The defendant is is aware of the

4  request for continuance and approves of it.

5                                    Respectfully submitted,

6                                    McGREGOR W. SCOTT
                                      United States Attorney
7

8  Dated: January 30, 2008      By:  /s/ Robin Taylor
                                      ROBIN R. TAYLOR
9                                     Assistant U.S. Attorney
                                      Attorneys for Plaintiff
10

11 DATED: January 30, 2008      By:  /s/ Alex Park
                                      ALEX PARK
12                                    Attorney for Defendant

13

14

15                             **ORDER**

16      For good cause shown above,

17      **IT IS SO ORDERED.**

18  Dated: January 30, 2008

19

20

21                             MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                2