McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 2:07-cr-00476-MCE |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v.   ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| TU KIM,   ) | |
| ) | DATE: May 8, 2008 |
| Defendant.  ) | TIME: 9:00 a.m. |
| _____ ) | CTRM: Honorable Morrison C. England |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Tu Kim, through his counsel of record, Alex Park Esq., hereby submit this stipulation and proposed order resetting the status conference scheduled for April 3, 2008 at 9:00 a.m. to May 8, 2008.

Counsel further request that time be excluded from April 3, 2008 at 9:00 a.m. to May 8, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Park represented that he needed time review discovery, other evidence, and to confer with his client.

///

1

The defendant is is aware of the request for continuance and approves of it.

              Respectfully submitted,

              McGREGOR W. SCOTT
              United States Attorney

Dated: January 30, 2008   By: /s/ Robin Taylor
              ROBIN R. TAYLOR
              Assistant U.S. Attorney
              Attorneys for Plaintiff

DATED: January 30, 2008   By: /s/ Alex Park
              ALEX PARK
              Attorney for Defendant

**ORDER**

 For good cause shown above,

 **IT IS SO ORDERED.**

Dated: March 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2