1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )
                                ) No. 2:07-cr-00476-MCE
12              Plaintiff,      )
                                ) STIPULATION AND ORDER RESETTING
13       v.                     ) STATUS CONFERENCE AND EXCLUDING
                                ) TIME UNDER THE SPEEDY TRIAL ACT
14 TU KIM,                      )
                                ) DATE: June 12, 2008
15              Defendant.      ) TIME: 9:00 a.m.
   _____) CTRM: Honorable Morrison C. England

   The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Tu Kim, through his counsel of record, Alex Park Esq., hereby submit this stipulation and proposed order resetting the status conference scheduled for May 9, 2008 at 9:00 a.m. to June 12, 2008 at 9:00 a.m.

   Counsel further request that time be excluded from May 9, 2008 to June 12, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).

   ///
   ///
   ///

                                    1

Mr. Park represented that he needed time review discovery, other evidence, and to confer with his client.  The defendant is is aware of the request for continuance and approves of it.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: May 1, 2008       By:   /s/ Robin Taylor
                               ROBIN R. TAYLOR
                               Assistant U.S. Attorney
                               Attorneys for Plaintiff


DATED: May 1, 2008       By:   /s/ Alex Park
                               ALEX PARK
                               Attorney for Defendant
```

**ORDER**

For good cause shown above.

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE