ALEX C. PARK [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
TELEPHONE (408) 246-1515
FACSIMILE (408) 246-4105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-00476-MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER RESETTING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| TU KIM, | ) ) | Date: August 28, 2008 |
| Defendant. | ) ) | Time: 9:00 am CTRM: Honorable Morrison C. England |
| _____ | ) | |

    Tu Kim, through his counsel of record, Alex C. Park Esq., and plaintiff United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for June 12, 2008 at 9:00 a.m. to the new date of August 28, 2008 at 9:00 a.m.

    Counsel further request that time be excluded from June 12, 2008 to August 28, 2008, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Park represents that he needs additional time to review discovery, other evidence, and to confer

//

//

with his defendant.  Mr. Park also needs to further review alternate charges and statutes for defendant.  The plaintiff is aware of the request for and approves of it.

Respectfully submitted,

DATED:     June 6, 2008         By:     /s/ Alex C. Park
                                        ALEX C. PARK, ESQ.
                                        Attorney for Defendant

                                McGREGOR W. SCOTT
                                United States Attorney

DATED:     June 6, 2008         By:     /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated:  June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE