Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br>TU KIM,<br>               Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CR S-07-476 MCE<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:  October 30, 2008<br>TIME:  9:00 am.<br>CRTRM:  Honorable Morrison C. England |

Defendant Tu Kim, through his counsel of record, Alex Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for August 28, 2008 at 9:00 a.m. to October 30, 2008 at 9:00 a.m.

Counsel further request that time be excluded from August 28, 2008 to October 30, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant is aware of the request for continuance and approves of it.

/ /

DATED: August 25, 2008                              By:     /s/ Alex Park

1

                        ALEX PARK
                        Attorney for Defendant


                        Respectfully submitted,

                        McGREGOR W. SCOTT
                        United States Attorney

Dated: August 25, 2008          By:    /s/ Robin Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff


                                **ORDER**

     For good cause shown,

    **IT IS SO ORDERED.**

DATE: August 27, 2008

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE