Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TU KIM,<br><br>　　　　　　Defendant. | CR S-07-476 MCE<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:  November 13, 2008<br>TIME:  9:00 am.<br>CRTRM:  Honorable Morrison C. England |

　　　Defendant Tu Kim, through his counsel of record, Alex Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for October 30, 2008 at 9:00 a.m. to November 13, 2008 at 9:00 a.m.

　　　Counsel further request that time be excluded from August 28, 2008 to November 13, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant is aware of the request for continuance and approves of it.

/ /

1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

DATED: October 11, 2008         By:     /s/ Alex Park
                                        ALEX PARK
                                        Attorney for Defendant


                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: October 11, 2008         By:     /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

**DATED:** October 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com