Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR S-07-00476-MCE |
| Plaintiff, | )<br>)<br>) | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | )<br>) | |
| TU KIM, | )<br>) | DATE: February 5, 2009 |
| Defendant. | )<br>) | TIME: 9:00 am.<br>CRTRM: Honorable Morrison C. England |

    Defendant Tu Kim, through his counsel of record, Alex Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for November 13, 2008 at 9:00 a.m. to February 5, 2009 at 9:00 a.m.

    Counsel further request that time be excluded from August 28, 2008 to February 5, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv). The defendant is aware of the request for continuance and approves of it.

/ /

1

Respectfully submitted,

DATED: November 10, 2008          By:     /s/ Alex Park
                                          ALEX PARK
                                          Attorney for Defendant


                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: November 10, 2008          By:     /s/ Robin Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff


## **ORDER**

    For good cause shown above,  IT IS SO ORDERED.

DATED: November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2