Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR S-07-00476 MCE |
| Plaintiff, | )<br>)<br>) | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | ) | |
| TU KIM, | )<br>) | |
| Defendant. | )<br>)<br>) | DATE: March 26, 2009<br>TIME: 9:00 am.<br>CRTRM: Honorable Morrison C. England |

Defendant Tu Kim, through his counsel of record, Alex Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this final stipulation and proposed order resetting the status conference currently scheduled for February 5, 2009 at 9:00 a.m. to the new date of April 2, 2009.

Counsel further request that time be excluded from August 28, 2008 to April 2, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant is aware of the request for continuance and approves of it.

/ /

1

Respectfully submitted,

DATED: November 10, 2008        By:     /s/ Alex Park
                                        ALEX PARK
                                        Attorney for Defendant


                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: November 10, 2008        By:     /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**


DATED:  February 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2