Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515
Facsimile (408) 246-4105


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR S-07-476 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **RESETTING STATUS CONFERENCE** |
| vs. | ) | **AND EXCLUDING TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| TU KIM, | ) | |
| | ) | DATE: April 30, 2009 |
| Defendant. | ) | TIME:  9:00 am. |
| | ) | CRTRM:  Honorable Morrison C. England |

Defendant Tu Kim, through his counsel of record, Alex C. Park Esq., and

The United States of America, through counsel of record, Assistant United States

Attorney Robin R. Taylor, hereby submit this final stipulation and proposed order

resetting the status conference currently scheduled for April 2, 2009 at 9:00 a.m.

to the new date of April 30, 2009.

This proposed stipulation is for good cause due to the fact that the court

Korean interpreter will not be available to attend the hearing until April 30, 2009.

Counsel further request that time be excluded from August 28, 2008 to

April 30, 2009, from computation of time within which the trial of this case must

be commenced,

  pursuant 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant is aware of the request

for continuance and approves of it.

Respectfully submitted,

DATED: March 26, 2009          By:     /s/ Alex Park_____
                                       ALEX PARK
                                       Attorney for Defendant

                                       McGREGOR W. SCOTT
                                       United States Attorney


DATED: March 26, 2009          By:     /s/ Robin Taylor_____
                                       ROBIN R. TAYLOR
                                       Assistant U.S. Attorney
                                       Attorneys for Plaintiff


**ORDER**

        For good cause shown above,

        **IT IS SO ORDERED.**

DATED:  3/31/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE