Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515
Facsimile (408) 246-4105

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TU KIM, ) <br> ) <br> Defendant. ) <br> ) | 2:07-cr-00476 MCE <br><br> **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> DATE: May 21, 2009 <br> TIME: 9:00 am. <br> CRTRM: Honorable Morrison C. England |

Defendant Tu Kim, through his counsel of record, Alex C. Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference currently scheduled for April 30, 2009 at 9:00 a.m. to the new date of May 21, 2009.

This proposed stipulation is for good cause due to the fact that Defendant and counsel require additional time to work through a plea agreement prior to the scheduled hearing.

Counsel further request that time be excluded from April 30, 2009 to May 21,

1

2009, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The defendant is aware of the request for continuance and approves of it.

Respectfully submitted,

DATED: April 27, 2009            By:   /s/ Alex Park
                                       ALEX PARK
                                       Attorney for Defendant

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED: April 27, 2009            By:   /s/ Robin Taylor
                                       ROBIN R. TAYLOR
                                       Assistant U.S. Attorney
                                       Attorneys for Plaintiff

**ORDER**

For good cause shown above, **IT IS SO ORDERED.**

DATED: April 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE