Alex C. Park, State Bar No. 197781
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515
Facsimile (408) 246-4105

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR S-07-476 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| TU KIM, | ) DATE: July 16, 2009 |
| Defendant. | ) TIME: 9:00 am. |
| | ) CRTRM: Honorable Morrison C. England |

Defendant Tu Kim, through his counsel of record, Alex C. Park Esq., and The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submits this stipulation and proposed order resetting the status conference currently scheduled for May 21, 2009 at 9:00 a.m. to the new date of July 16, 2009.

This proposed stipulation is for good cause due to the fact that Defendant and counsel require additional time prior to the scheduled hearing to coordinate meetings for explanation and discussions concerning the pending plea agreement.

Counsel further request that time be excluded from August 28, 2008 to July 16,

1

2009, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The defendant is aware of the request for continuance and approves of it.

Respectfully submitted,

DATED: May 19, 2009          By:    /s/ Alex Park
                                    ALEX PARK
                                    Attorney for Defendant

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: May 19, 2009          By:    /s/ Robin Taylor
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

**DATED: May 20. 2009**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE