ALEX C. PARK [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
TELEPHONE (408) 246-1515
FACSIMILE (408) 246-4105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-476 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RESETTING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| TU KIM, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Tu Kim, through his counsel of record, Alex C. Park Esq., and approved by plaintiff United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for July 16, 2009 at 9:00 a.m. to the new date of September 10, 2009 at 9:00 a.m.

   This proposed stipulation is for good cause due to the fact that Defendant and counsel require additional time prior to the currently scheduled hearing for the purpose of coordinating meetings for reviewing the pending plea agreement.

   Counsel further request that time be excluded from August 28, 2008 to September 10,

//

//

1

2009, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

Respectfully submitted,

DATED:   July 11, 2009        By:    /s/ Alex C. Park
                                     ALEX C. PARK, ESQ.
                                     Attorney for Defendant

                                     McGREGOR W. SCOTT
                                     United States Attorney

DATED:   July 11, 2009        By:    /s/ Robin Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: July 14, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE