Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-00476 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | RESETTING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME UNDER THE |
| TU KIM, ) | SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | |
| ) | |

Tu Kim, through his counsel of record, Alex C. Park, Esq., and approved by plaintiff United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order resetting the status conference scheduled for September 10, 2009 at 9:00 a.m. to the new date of October 22, 2009 at 9:00 a.m.

This proposed stipulation is for good cause due to the fact that the Korean interpreter scheduled for the hearing is unavailable on the currently scheduled date.

Counsel further request that time be excluded from August 28, 2009 to October 22, 2009, from computation of time within which the trial of this case must be commenced, pursuant to 18

/ /
/ /
/ /
/ /

1

U.S.C. §316(h)(B)(iv).  Defendant is aware of the request for continuance and approves it.

Respectfully submitted,

DATED: August 31, 2009        By:    /s/ Alex Park
                                     ALEX PARK
                                     Attorney for Defendant


                                     McGREGOR W. SCOTT
                                     United States Attorney

DATED: August 31, 2009        By:    /s/ Robin Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

**DATED:** September 11, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2