LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00476 MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| TU KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Tu Kim, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2323(b)[1], defendant Tu Kim's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

            a.  Approximately 1 M&N NBA jersey,
            b.  Approximately 2 M&N NFL jerseys,
            c.  Approximately 4 Reebok NFL jerseys,
            d.  Approximately 10 Reebok NBA jerseys,

---

    [1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

        e.    Approximately 5 Majestic MLB jerseys,
        f.    Approximately 1 Nike NBA jersey, and
        g.    Approximately 1 Majestic NBA jersey.

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Secretary of the Department of Homeland Security's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days

1 | from the first day of publication of the Notice of Forfeiture posted
2 | on the official government forfeiture site, or within thirty (30)
3 | days from receipt of direct written notice, whichever is earlier.
4 |     5.  If a petition is timely filed, upon adjudication of all
5 | third-party interests, if any, this Court will enter a Final
6 | Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all
7 | interests will be addressed.

 Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE