BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00476 MCE |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| TU KIM, ) | |
| Defendant. ) | |

WHEREAS, on or about November 4, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)[1], based upon the plea agreement entered into between plaintiff and defendant Tu Kim forfeiting to the United States the following property:

    a. Approximately 1 M&N NBA jersey,
    b. Approximately 2 M&N NFL jerseys,
    c. Approximately 4 Reebok NFL jerseys,
    d. Approximately 10 Reebok NBA jerseys,
    e. Approximately 5 Majestic MLB jerseys,
    f. Approximately 1 Nike NBA jersey, and
    g. Approximately 1 Majestic NBA jersey.

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

1    AND WHEREAS, beginning on November 7, 2009, for at least 30
2 consecutive days, the United States published notice of the
3 Court's Order of Forfeiture on the official internet government
4 forfeiture site www.forfeiture.gov.  Said published notice
5 advised all third parties of their right to petition the court
6 within sixty (60) days from the first day of publication of the
7 notice for a hearing to adjudicate the validity of their alleged
8 legal interest in the forfeited property;

9    AND WHEREAS, the Court has been advised that no third party
10 has filed a claim to the subject property, and the time for any
11 person or entity to file a claim has expired.

12    Accordingly, it is hereby ORDERED and ADJUDGED:

13    1.  A Final Order of Forfeiture shall be entered forfeiting
14 to the United States of America all right, title, and interest in
15 the above-listed property pursuant to  18 U.S.C. § 2323(b), to be
16 disposed of according to law, including all right, title, and
17 interest of Tu Kim.  Pursuant to 18 U.S.C. § 2323(b)(2)(B), any
18 forfeited article or component of an article bearing or
19 consisting of a counterfeit mark shall be destroyed or otherwise
20 disposed of according to law.

21    2.  All right, title, and interest in the above-listed
22 property shall vest solely in the United States of America.

23    3.  The U.S. Secret Service shall maintain custody of and
24 ///
25 ///
26 ///
27 ///
28 ///

control over the subject property until it is disposed of according to law.

Dated: January 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE